UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
NICOLE HILLS,

                Plaintiff,

        -against-                                      **ORDER**
                                         26-CV-1735 (OEM) (TAM)

ED FINANCIAL SERVICES LLC;
CITIBANK, N.A.,

                Defendants.
-----------------------------------------------------------X

**TARYN A. MERKL**, United States Magistrate Judge:

Plaintiff *pro se* Nicole Hills filed the complaint in this action against Defendants

ED Financial Services LLC, and Citibank, N.A., on March 24, 2026. *See* Compl., ECF 1.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the
> court — on motion or on its own after notice to the plaintiff — must
> dismiss the action without prejudice against that defendant or order that
> service be made within a specified time. But if the plaintiff shows good
> cause for the failure, the court must extend the time for service for an
> appropriate period.

Accordingly, if proper service is not made upon Defendants by **June 22, 2026**, or

if Plaintiff fails to show good cause why such service has not been effected by that date,

this action may be dismissed without prejudice.

For information regarding court procedures, Plaintiff may contact the Pro Se

Office at the United States Courthouse by calling 718-613-2665. Plaintiff may also contact

the Federal Pro Se Legal Assistance Project (212-382-4729 or

https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project)

of the City Bar Justice Center for free, confidential, limited-scope legal assistance.

The Clerk of Court is respectfully directed to send a copy of this Order to Plaintiff and note the mailing on the docket.

**SO ORDERED.**

Dated:  Brooklyn, New York
         March 31, 2026

*Taryn A. Merkl*
TARYN A. MERKL
UNITED STATES MAGISTRATE JUDGE